**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| AMBATO MEDIA, LLC,<br>    Plaintiff,<br><br>        v.<br><br>CLARION CO., LTD.,<br>CLARION CORPORATION OF AMERICA,<br>DELPHI CORPORATION,<br>FUJITSU LIMITED,<br>FUJITSU TEN CORPORATION OF AMERICA,<br>GARMIN LTD.,<br>GARMIN INTERNATIONAL, INC.,<br>VICTOR COMPANY OF JAPAN, LTD.,<br>JVC AMERICAS CORPORATION,<br>JVC KENWOOD HOLDINGS, INC.,<br>J&K CAR ELECTRONICS CORPORATION,<br>LG ELECTRONICS,<br>MITAC INTERNATIONAL CORPORATION,<br>MITAC DIGITAL CORPORATION,<br>MIO TECHNOLOGY USA LTD.,<br>NAVIGON, INC.,<br>NEXTAR INC.,<br>PANASONIC CORPORATION,<br>PANASONIC CORPORATION OF NORTH AMERICA,<br>PIONEER CORPORATION,<br>PIONEER ELECTRONICS (USA) INC.,<br>SANYO ELECTRIC CO., LTD.,<br>SANYO NORTH AMERICA CORPORATION,<br>SANYO ELECTRONIC DEVICE (U.S.A.) CORPORATION,<br>TOMTOM N.V.,<br>TOMTOM INTERNATIONAL B.V., and<br>TOMTOM, INC.<br>    Defendants. | Civil Action No. 2:09-cv-242 |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff Ambato Media, LLC hereby states that it is a wholly-owned subsidiary of Concert Technology Corporation. No other publicly held corporation owns 10% or more of the stock in Ambato Media, LLC.

Respectfully submitted,

Ambato Media, LLC
By its attorneys,

 /s/ Michael C. Smith
Michael Charles Smith
Texas State Bar No. 18650410
Email: michaelsmith@siebman.com
SIEBMAN REYNOLDS BURG
  PHILLIPS & SMITH LLP
713 South Washington
Marshall, TX 75670
Telephone: (903) 938-8900
Fax: 19727674620

H. Joseph Hameline
Massachusetts BBO# 218710
Email: hjhameline@mintz.com
Eugene A. Feher
Massachusetts BBO# 550762
Email: eafeher@mintz.com
Robert R. Gilman
Massachusetts BBO# 645224
Email: rgilman@mintz.com
Thomas J. Clark
Massachusetts BBO# 659500
Email: tjclark@mintz.com
MINTZ, LEVIN, COHN, FERRIS,
   GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA  02111
Telephone: (617) 542-6000
Fax: (617) 542-2241

Dated:  August 14, 2009.

4691796v.1