## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| AMBATO MEDIA, LLC,<br>　　　Plaintiff,<br><br>　　　　　　v.<br><br>CLARION CO., LTD., *et al.*<br>　　　Defendants. | Civil Action No. 2:09-cv-242 TJW |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE OF GARMIN LTD.

Plaintiff Ambato Media, LLC hereby dismisses without prejudice its claims in the above-captioned matter against defendant Garmin Ltd. pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Garmin Ltd. has not filed an answer or otherwise responded to the Complaint or Amended Complaint. As such, no court order is required. This dismissal does not apply to any other defendant in this case.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:  September 25, 2009　　　　　　　　　Ambato Media, LLC
　　　　　　　　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Michael C. Smith*_____
　　　　　　　　　　　　　　　　　　　　　　　Michael Charles Smith
　　　　　　　　　　　　　　　　　　　　　　　Texas State Bar No.
　　　　　　　　　　　　　　　　　　　　　　　Email: michaelsmith@siebman.com
　　　　　　　　　　　　　　　　　　　　　　　SIEBMAN REYNOLDS BURG
　　　　　　　　　　　　　　　　　　　　　　　PHILLIPS & SMITH LLP
　　　　　　　　　　　　　　　　　　　　　　　713 South Washington
　　　　　　　　　　　　　　　　　　　　　　　Marshall, TX 75670
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (903) 938-8900
　　　　　　　　　　　　　　　　　　　　　　　Fax: 19727674620

                H. Joseph Hameline
                Massachusetts BBO# 218710
                Email: hjhameline@mintz.com
                Eugene A. Feher
                Massachusetts BBO# 550762
                Email: eafeher@mintz.com
                Robert R. Gilman
                Massachusetts BBO# 645224
                Email: rgilman@mintz.com
                Thomas J. Clark
                Massachusetts BBO# 659500
                Email: tjclark@mintz.com
                MINTZ, LEVIN, COHN, FERRIS,
                  GLOVSKY AND POPEO, P.C.
                One Financial Center
                Boston, MA  02111
                Telephone: (617) 542-6000
                Fax: (617) 542-2241

**CERTIFICATE OF SERVICE**

     This is to certify that a copy of the foregoing document was served on all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3) on this the 25th day of September, 2009.

                /s/ *Michael C. Smith*
                Michael C. Smith