## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| AMBATO MEDIA, LLC, § <br>    Plaintiff, § <br> § <br> v. § <br> § <br> CLARION CO., LTD., et al. § <br>    Defendants. § | Case No. 2:09-CV-242-JRG |

### **MEMORANDUM ORDER**

Before the Court are Plaintiff Ambato Media, LLC's ("Ambato") Motions *in Limine* (Dkt No. 334) and Defendant Garmin International, Inc.'s ("Garmin") Motions *in Limine* (Dkt. No. 333). The Court heard argument on several of the motions during the pretrial hearing held on June 20, 2012. Any clarification and/or modification to such motions, as stated by the Court during such hearing, fully applies to the motions *in limine* rulings as stated below, and such rulings do not exclude all clarifications and/or modifications as stated in the record pursuant to the hearing transcript.

The Court's ruling on a motion *in limine* is not a definitive ruling on the admissibility of evidence. An order granting a motion *in limine* is an order to approach the bench and seek leave from the Court prior to presenting the evidence covered by the order to the jury. Similarly, an order denying a motion *in limine* does not relieve a party from making an objection at trial.

### **Ambato's Motions *in Limine***

1. Agreed

2. Agreed

3. Granted-in-part, denied-in-part

4. Agreed

- 2 -

5. Granted

6. Carried

7. Granted-in-part, denied-in-part

8. Agreed

9. Carried

10. Granted-in-part, denied-in-part

11. Agreed

12. Denied

13. Agreed

14. Granted-in-part, denied-in-part

15. Agreed

16. Agreed

17. Granted

18. Granted-in-part, denied-in-part

19. Granted

20. Carried

21. Carried

22. Denied

23. Denied

24. Carried

25. Agreed

26. Agreed

27. Agreed

- 3 -

28. Agreed

29. Agreed

30. Agreed

## Garmin's Motions *in Limine*

1. Granted-in-part, denied-in-part

2. Agreed

3. Granted-in-part, denied-in-part

4. Denied

5. Granted-in-part, denied-in-part

6. Agreed

7. Carried

8. Carried

9. Granted

10. Agreed

11. Granted-in-part, denied-in-part

12. Carried

**So ORDERED and SIGNED this 28th day of June, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE