UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUL 12 2012

DAVID J. MALAND, CLERK
BY
DEPUTY _____

| | | |
|---|---|---|
| AMBATO MEDIA, LLC<br>*Plaintiff,* | § § § | |
| V. | § § | CAUSE NO. 2:09-CV-242-JRG |
| CLARION CO., LTD., ET AL.<br>*Defendant.* | § § § § | |

## VERDICT FORM

In answering these questions, you are to follow the instructions I have given you.

In answering Question No. 1, Answer "Yes" or "No" for each listed asserted claim in the space provided below.

QUESTION NO. 1

Did Ambato prove, by a preponderance of the evidence, that Garmin infringed, either literally or under the doctrine of equivalents, the following asserted claims of the '542 patent?

'542 Patent Claims

Claim 36: __Yes__

Claim 38: __Yes__

Claim 39: __Yes__

Answer Question No. 2 only for the asserted claims you found infringed in Question No. 1. If you found no claims infringed, please do not answer Question No. 2

QUESTION NO. 2

What sum of money, if any, do you find from a preponderance of the evidence would fairly and reasonably compensate Ambato for Garmin's infringement of the patent claims that you have found were infringed.

Amount in dollars and cents: __$500,000.00__

Signed this __12__ day of July, 2012.