# APPENDIX  B



# Invoice



2816 Commerce St.
Dallas, TX 75226

| Date | Invoice No. |
|------|-------------|
| 07/18/12 | 3712 |

Bill To:

Mintz Levin Cohn Ferris Glovsky & Popeo
H. Joseph Hameline, Esq.
One Financial Center
Boston, MA 02111

| Rep | P.O. Number | Terms | Due Date | Client Matter # | Job # and Style |
|-----|-------------|-------|----------|-----------------|-----------------|
|     |             | Due on receipt | 07/18/12 | 35509-003 | 0363-0001 Ambato Media v. ... |

| Date | Item | Description | Qty. | Rate | Amount |
|------|------|-------------|------|------|--------|
| 06/25/12 | TL Design | Design Damages and Patent video slides. | 6.22 | 225.00 | 1,399.50T |
| 06/26/12 | AH Case Mgmt. | Managing witness inventory list; Verify media from third-party vendors; log media details into case database and upload files to server; compile list of problems in order to obtain correct/missing media. Witnesses: Anthony Hancox 3/27/12 MPEGs 1-3, Jennifer Herve du Penhoat 3/27/12 MPEGs 1-2, Timothy Rozum 4/27/12 MPEGs 1-4, Jon Peckman 4/24/12 MPEGs 1-4. | 1.52 | 125.00 | 190.00T |
| 06/26/12 | AH Case Mgmt. | Quality Check and/or repair synchronized depositions received from third-party vendor to ensure proper timecoding for proper playback. Witness: Anthony Hancox 3/27/12, Jennifer Herve du Penhoat 3/27/12, Timothy Rozum 4/27/12, Jon Peckman 4/24/12. | 1.42 | 125.00 | 177.50T |
| 06/27/12 | TL Design | Design/revise Strurza, Thibadeau and Reexam Timeline presentation. | 5.28 | 225.00 | 1,188.00T |
| 06/28/12 | AH Case Mgmt. | Managing witness inventory list; Verify media from third-party vendors; log media details into case database and upload files to server; compile list of problems in order to obtain correct/missing media. Witnesses: Svendsen 3/13/12 MPEGs 1-6, Thibadeau 10/6/11 MPEGs 1-3. | 0.82 | 125.00 | 102.50T |
| 06/28/12 | TK DVT-C | DVT Conversion Full (MPEG & Timecoding) for witness Philip Green, deposition date of 4/2/2012. | 1.92 | 125.00 | 240.00T |
| 06/28/12 | TK DVT-C | DVT Conversion Full (MPEG & Timecoding) for witness Christopher Horgan, deposition date of 6/14/12. | 1.3 | 125.00 | 162.50T |
| 06/28/12 | TL Design | Design/revise Strurza and Thibadeau presentation. | 4.38 | 225.00 | 985.50T |
| 06/29/12 | AH Case Mgmt. | Managing witness inventory list; Verify media from third-party vendors; log media details into case database and upload files to server; compile list of problems in order to obtain correct/missing media. Witness: Manna 5/9/12 MPEGs 1-4. | 0.47 | 125.00 | 58.75T |

Taxpayer Identification # 75-2780836      (214)421-5900      mkutos@barnesandroberts.com

**Past due balances are subject to Late fees.**

| | |
|---|---|
| Total | |
| Payments | $0.00 |
| **Balance Due** | **$55,151.15** |

Page 1



# Invoice



**BARNES & ROBERTS**

2816 Commerce St.
Dallas, TX 75226

| Date | Invoice No. |
|------|-------------|
| 07/18/12 | 3712 |

Bill To:

Mintz Levin Cohn Ferris Glovsky & Popeo
H. Joseph Hameline, Esq.
One Financial Center
Boston, MA 02111

| Rep | P.O. Number | Terms | Due Date | Client Matter # | Job # and Style |
|-----|-------------|-------|----------|-----------------|-----------------|
| | | Due on receipt | 07/18/12 | 35509-003 | 0363-0001 Ambato Media v. ... |

| Date | Item | Description | Qty. | Rate | Amount |
|------|------|-------------|------|------|--------|
| 06/29/12 | AH Case Mgmt. | Quality Check and/or repair synchronized depositions received from third-party vendor to ensure proper timecoding for proper playback. Witness: Manna 5/9/12. | 0.28 | 125.00 | 35.00T |
| 06/29/12 | AH DVT Edit | Digital Video Transcript editing per provided designations. Witnesses: Hancox, Herve du Penhoat, Manna, Peckman, Rozum. | 2.6 | 125.00 | 325.00T |
| 06/29/12 | TL Design | Design/revise Strurza, Thibadeau and Reexam Timeline presentation. | 6.9 | 225.00 | 1,552.50T |
| 07/02/12 | TL Design | Design/revise Strurza and Thibadeau presentation. | 6.53 | 225.00 | 1,469.25T |
| 07/02/12 | JA Design | Created witness head shot graphics for slides. | 3.97 | 175.00 | 694.75T |
| 07/03/12 | TK Case Mgmt | Quality Check and/or repair synchronized deposition by manually timestamping to ensure proper timecoding for proper playback. Witness: Hugh Svensden. | 0.62 | 125.00 | 77.50T |
| 07/03/12 | TK DVT-C | DVT Conversion Full (MPEG & Timecoding) for witness Hugh Svensden, deposition date of 3/13/2012. | 5.93 | 125.00 | 741.25T |
| 07/03/12 | TK DVT-C | DVT Conversion Full (MPEG & Timecoding) for witness Robert Thibadeau, deposition date of 10/6/2011. | 5.58 | 125.00 | 697.50T |
| 07/03/12 | TK DVT-C | DVT Conversion Full (MPEG & Timecoding) for witness Eugene Farrelly, deposition date of 5/9/2012. | 3.95 | 125.00 | 493.75T |
| 07/03/12 | TK DVT-C | DVT Conversion Full (MPEG & Timecoding) for witness Eric Halber, deposition date of 5/31/2012. | 2.32 | 125.00 | 290.00T |
| 07/03/12 | TL Design | Design/revise Strurza and Thibadeau presentation. | 7.07 | 225.00 | 1,590.75T |
| 07/04/12 | TK Case Mgmt | Quality Check and/or repair synchronized deposition by manually timestamping to ensure proper timecoding for proper playback. Witness: Mark Sturza. | 0.32 | 125.00 | 40.00T |
| 07/04/12 | TK DVT-C | DVT Conversion Full (MPEG & Timecoding) for witness Mark Sturza, deposition date of 5/31/2012. | 5.98 | 125.00 | 747.50T |

Taxpayer Identification # 75-2780636    (214)421-5900    mkutos@barnesandroberts.com

**Past due balances are subject to Late fees.**

| | |
|--|--|
| Total | |
| Payments | $0.00 |
| **Balance Due** | **$55,151.15** |



# Invoice



**BARNES & ROBERTS**

2816 Commerce St.
Dallas, TX 75226

| Date | Invoice No. |
|---|---|
| 07/18/12 | 3712 |

**Bill To:**
Mintz Levin Cohn Ferris Glovsky & Popeo
H. Joseph Hameline, Esq.
One Financial Center
Boston, MA 02111

| Rep | P.O. Number | Terms | Due Date | Client Matter # | Job # and Style |
|---|---|---|---|---|---|
| | | Due on receipt | 07/18/12 | 35509-003 | 0363-0001 Ambato Media v. ... |

| Date | Item | Description | Qty. | Rate | Amount |
|---|---|---|---|---|---|
| 07/04/12 | TK DVT-C | DVT Conversion Full (MPEG & Timecoding) for witness Mark Sturza, deposition date of 6/1/2012. | 3.77 | 125.00 | 471.25T |
| 07/04/12 | TK DVT-C | DVT Conversion Full (MPEG & Timecoding) for witness David Touretzky, deposition date of 2/9/2012. | 4.6 | 125.00 | 575.00T |
| 07/05/12 | TL Design | Design/revise Damages, Opening. | 3.63 | 225.00 | 816.75T |
| 07/05/12 | TL Travel Hour | Drive to Marshall, Tx. | 3.7 | 225.00 | 832.50T |
| 07/05/12 | TL Set/Strike | Set up work space at The Hub office. | 2.25 | 225.00 | 506.25T |
| 07/06/12 | TL Design | Design/revise Damages, Opening. | 10.2 | 225.00 | 2,295.00T |
| 07/06/12 | JA Travel Hr. | Traveling from Dallas to Marshall for trial prep and presentation. | 3.15 | 175.00 | 551.25T |
| 07/06/12 | JA Set/Strike | Set up court room for trial presentation. | 0.77 | 175.00 | 134.75T |
| 07/06/12 | JA Case Mgmt | Working on video edits and trial exhibits. | 2.97 | 175.00 | 519.75T |
| 07/07/12 | TL Design | Design/Revise Struza, Green, Opening and Closing slides. | 8.38 | 225.00 | 1,885.50T |
| 07/07/12 | JA Design | Working on demonstrative slides in PowerPoint. | 8.42 | 175.00 | 1,473.50T |
| 07/08/12 | TL DVT Edit | Watch and edit Peckman, Hancox and Herve depo videos. | 1.63 | 225.00 | 366.75T |
| 07/08/12 | TL Design | Design/revise Sturza and run thru presentation, Revise Opening, Revise Thibadeau presentations. | 10.38 | 225.00 | 2,335.50T |
| 07/08/12 | JA Design | Working on slide edits for Green and editing video. | 5.03 | 175.00 | 880.25T |
| 07/09/12 | TL Presentation | Present demonstratives at trial. | 10.33 | 225.00 | 2,324.25 |
| 07/09/12 | TL Design | Design/Revise Green presentation. | 5.72 | 225.00 | 1,287.00T |
| 07/09/12 | JA Presentation | Presenting trial dems, video and exhibits in court. | 10.2 | 175.00 | 1,785.00 |
| 07/09/12 | JA Design | Working on PowerPoint slides for expert witnesses. | 2.57 | 175.00 | 449.75T |
| 07/10/12 | TL Presentation | Present demonstratives at trial. | 10.02 | 225.00 | 2,254.50 |
| 07/10/12 | TL Design | Design/revise cross presentations for Michalson, Napper and Herve du Penhoat. | 7.25 | 225.00 | 1,631.25T |
| 07/10/12 | JA Presentation | Presenting exhibits, demontstratives and depo video. | 9.93 | 175.00 | 1,737.75 |
| 07/11/12 | TL Presentation | Present demonstratives for cross examinations. | 10.57 | 225.00 | 2,378.25 |

Taxpayer Identification # 75-2780636      (214)421-5800      mkutos@barnesandroberts.com

**Past due balances are subject to Late fees.**

| Total | |
|---|---|
| Payments | $0.00 |
| **Balance Due** | **$55,151.15** |

# Invoice



2816 Commerce St.
Dallas, TX 75226

| Date | Invoice No. |
|------|-------------|
| 07/18/12 | 3712 |

**Bill To:**
Mintz Levin Cohn Ferris Glovsky & Popeo
H. Joseph Hameline, Esq.
One Financial Center
Boston, MA 02111

| Rep | P.O. Number | Terms | Due Date | Client Matter # | Job # and Style |
|-----|-------------|-------|----------|-----------------|-----------------|
| | | Due on receipt | 07/18/12 | 35509-003 | 0363-0001 Ambato Media v. ... |

| Date | Item | Description | Qty. | Rate | Amount |
|------|------|-------------|------|------|--------|
| 07/11/12 | TL Design | Design Closing presentation. | 7.88 | 225.00 | 1,773.00T |
| 07/11/12 | JA Presentation | Presented exhibits and demonstratives during trial. | 10.53 | 175.00 | 1,842.75 |
| 07/11/12 | JA Design | Created witness headshot graphics and slides for closing. | 2.32 | 175.00 | 406.00T |
| 07/12/12 | TL Presentation | Presentation for closing and deliberations. | 11.13 | 225.00 | 2,504.25 |
| 07/12/12 | JA Presentation | Presented during last day of trial and closing statements. | 9.83 | 175.00 | 1,720.25 |
| 07/13/12 | TL Travel Hour | Drive back from Marshall, TX. | 3.57 | 225.00 | 803.25T |
| 07/13/12 | JA Travel Hr. | Traveling back to Dallas from Marshall after trial. | 2.9 | 175.00 | 507.50T |
| | Reimb Group | | | | |
| 07/05/12 | | TL: 7/5/12 lunch in Marshall, TX - Trial presentation support | | 6.05 | 6.05T |
| 07/05/12 | | TL: 7/5 dinner in Marshall, TX - providing trial presentation support | | 32.93 | 32.93T |
| 07/06/12 | | JA: 7/6 lunch while working on the case presentations in Marshall, TX | | 4.52 | 4.52T |
| 07/06/12 | | JA: 7/6 dinner - working on case presentation in Marshall, TX | | 16.15 | 16.15T |
| 07/06/12 | | TL: 7/6/12 dinner in Marshall, TX - Trial presentation support | | 13.64 | 13.64T |
| 07/08/12 | | TL: 7/8/12 dinner in Marshall, TX - Trial presentation support | | 12.41 | 12.41T |
| 07/13/12 | | TL: 7/5 - 7/13 lodging for Tracy in Marshall, TX for trial presentation support | | 920.62 | 920.62T |
| 07/13/12 | | TL: 7/5 - 7/13 lodging for Jonathan in Marshall, TX for trial presentation support | | 894.96 | 894.96T |
| | | Total Reimbursable Expenses | | | 1,901.28 |
| | | Sales Tax  - Outlet 2 D2 | | 8.25% | 2,942.12 |

£85.70

| | |
|---|---|
| Total | $55,151.15 |
| Payments | $0.00 |
| **Balance Due** | **$55,151.15** |

— 85.70
$55,065.45

Taxpayer Identification # 75-2780636        (214)421-5900     mkutos@barnesandroberts.com

**Past due balances are subject to Late fees.**



Tracy Lodge

| | | | |
|---|---|---|---|
| **Tracy Lodge**<br>**2100 McKinney Ave**<br>**Dallas TX 75201**<br>**US DESCRIPTION** | Folio No. :<br>A/R Number :<br>Group Code :<br>Company : **Mintz Levin Lawfirm**<br>Membership No. :<br>Invoice No. : | Room No. : **143**<br>Arrival : **07-05-12**<br>Departure : **07-13-12**<br>Conf. No. : **66080671**<br>Rate Code : **IGCOR**<br>Page No. : **1 of 2** | |

| Date | Description | Charges | Credits |
|---|---|---|---|
| | | 99.00 | |
| 07-05-12 | *Accommodation | 5.94 | |
| 07-05-12 | State Occupancy Tax | 6.93 | |
| 07-05-12 | City Occupancy Tax | 99.00 | |
| 07-06-12 | *Accommodation | 5.94 | |
| 07-06-12 | State Occupancy Tax | 6.93 | |
| 07-06-12 | City Occupancy Tax | 99.00 | |
| 07-07-12 | *Accommodation | 5.94 | |
| 07-07-12 | State Occupancy Tax | 6.93 | |
| 07-07-12 | City Occupancy Tax | 99.00 | |
| 07-08-12 | *Accommodation | 5.94 | |
| 07-08-12 | State Occupancy Tax | 6.93 | |
| 07-08-12 | City Occupancy Tax | 99.00 | |
| 07-09-12 | *Accommodation | 5.94 | |
| 07-09-12 | State Occupancy Tax | 6.93 | |
| 07-09-12 | City Occupancy Tax | | 559.35 |
| 07-10-12 | American Express    XXXXXXXXXXX1059 | 99.00 | |
| 07-10-12 | *Accommodation | 5.94 | |
| 07-10-12 | State Occupancy Tax | 6.93 | |
| 07-10-12 | City Occupancy Tax | 99.00 | |
| 07-11-12 | *Accommodation | 5.94 | |
| 07-11-12 | State Occupancy Tax | 6.93 | |
| 07-11-12 | City Occupancy Tax | 25.66 | |
| 07-12-12 | Laundry / Dry Cleaning | 99.00 | |
| 07-12-12 | *Accommodation | 5.94 | |
| 07-12-12 | State Occupancy Tax | | |



| | | |
|---|---|---|
| **Tracy Lodge**<br>**2100 McKinney Ave**<br>**Dallas TX 75201**<br>**US DESCRIPTION** | Folio No.   :<br>A/R Number   :<br>Group Code   :<br>Company   :   **Mintz Levin Lawfirm**<br>Membership No. :<br>Invoice No.   : | Room No. :   **143**<br>Arrival   :   **07-05-12**<br>Departure :   **07-13-12**<br>Conf. No.   :   **86080671**<br>Rate Code :   **IGCOR**<br>Page No.   :   **2 of 2** |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| | | | 6.93 | |
| 07-12-12 | City Occupancy Tax | | | |
| 07-13-12 | American Express | | | 361.27 |
| | | **Total** | 920.62 | 920.62 |
| | | **Balance** | 0.00 | |

Guest Signature: _____

I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held
personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If
a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.



Jonathan
Andron

07-13-12

| Tracy Lodge<br>2100 McKinney Ave<br>Dallas TX 75201<br>US DESCRIPTION | Folio No. : 52969<br>A/R Number :<br>Group Code :<br>Company : Mintz Levin Lawfirm<br>Membership No. : PC 124868819<br>Invoice No. : | Room No. : 307<br>Arrival : 07-06-12<br>Departure : 07-13-12<br>Conf. No. : 67102548<br>Rate Code : IGCOR<br>Page No. : 1 of 2 |
| --- | --- | --- |

| Date | Description | Charges | Credits |
| --- | --- | --- | --- |
| 07-05-12 | No Show | 99.00 | |
| 07-05-12 | State Occupancy Tax | 5.94 | |
| 07-05-12 | City Occupancy Tax | 6.93 | |
| 07-06-12 | *Accommodation | 99.00 | |
| 07-06-12 | State Occupancy Tax | 5.94 | |
| 07-06-12 | City Occupancy Tax | 6.93 | |
| 07-07-12 | *Accommodation | 99.00 | |
| 07-07-12 | State Occupancy Tax | 5.94 | |
| 07-07-12 | City Occupancy Tax | 6.93 | |
| 07-08-12 | *Accommodation | 99.00 | |
| 07-08-12 | State Occupancy Tax | 5.94 | |
| 07-08-12 | City Occupancy Tax | 6.93 | |
| 07-09-12 | *Accommodation | 99.00 | |
| 07-09-12 | State Occupancy Tax | 5.94 | |
| 07-09-12 | City Occupancy Tax | 6.93 | |
| 07-10-12 | American Express XXXXXXXXXXX1059 | | 559.35 |
| 07-10-12 | *Accommodation | 99.00 | |
| 07-10-12 | State Occupancy Tax | 5.94 | |
| 07-10-12 | City Occupancy Tax | 6.93 | |
| 07-11-12 | *Accommodation | 99.00 | |
| 07-11-12 | State Occupancy Tax | 5.94 | |
| 07-11-12 | City Occupancy Tax | 6.93 | |
| 07-12-12 | *Accommodation | 99.00 | |
| 07-12-12 | State Occupancy Tax | 5.94 | |
| 07-12-12 | City Occupancy Tax | 6.93 | |

XXXXXXXXXXX1059



**LegaLink, Inc.**

179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046957 | 04/14/2012 | 1205-88305 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 03/09/2012 | LDC | |

| CASE CAPTION |
|---|
| "AMBATO MEDIA, LLC, vs. CLARION CO., LTD., ET A |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

H. Joseph Hameline, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo
One Financial Center
Boston, MA 02111

ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
  Roy Sumner                              1,140.10

                             TOTAL  DUE  >>>>     1,140.10

Thank you for using Merrill Legal Solutions.  We appreciate your business!

Deposition Location:  Washington DC

TAX ID NO.: 20-2665382

(617) 542-6000    Fax (617) 542-2241

*Please detach bottom portion and return with payment.*

H. Joseph Hameline, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo
One Financial Center
Boston, MA 02111

Invoice No.:  12046957
Date     :  04/14/2012
**TOTAL DUE** :   **1,140.10**

Job No.   :  1205-88305
Case No.  :
 "AMBATO MEDIA, LLC, vs. CLARION CO.,

Remit To:   **LegaLink, Inc.**
          **PO Box 277951**
          **Atlanta, GA 30384**

**RRILL CORPORATION**

**Link, Inc.**

179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12047510 | 06/09/2012 | 1205-88518 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/13/2012 | LNY | 209CV242DF |

| CASE CAPTION |
|---|
| "AMBATO MEDIA, LLC., vs. CLARION CO., LTD., ET A |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

H. Joseph Hameline, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo
One Financial Center
Boston, MA 02111

```
ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:           1,846.10
  Brian Napper

                       TOTAL    DUE  >>>>           1,846.10

Thank you for using Merrill Legal Solutions.  We appreciate your business!

Deposition Location:  New York, NY
```

TAX ID NO.: 20-2665382                    (617) 542-6000    Fax (617) 542-2241

*Please detach bottom portion and return with payment.*

H. Joseph Hameline, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo
One Financial Center
Boston, MA 02111

```
Invoice No.:  12047510
Date       :  06/09/2012
TOTAL DUE  :  1,846.10


Job No.   :  1205-88518
Case No.  :  209CV242DF
"AMBATO MEDIA, LLC., vs. CLARION CO.,
```

Remit To:    **LegaLink, Inc.**
**PO Box 277951**
**Atlanta, GA 30384**

**ERRILL CORPORATION**

aLink, Inc.

179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12047187 | 06/09/2012 | 1207-88413 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 03/27/2012 | SUDDRE | 209CV242DF |

| CASE CAPTION |
|---|
| "AMBATO MEDIA, LLC, vs. CLARION CO., LTD., ET A |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

H. Joseph Hameline, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo
One Financial Center
Boston, MA 02111

| | |
|---|---|
| ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:<br>Anthony Hancox 30(b)(6) | 996.25 |
| ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:<br>Jennifer Herve du Penhoat 30(b)(6) | 932.20 |
| TOTAL DUE >>>> | 1,928.45 |

Thank you for using Merrill Legal Solutions. We appreciate your business!

Deposition Location: Overland Park, KS

TAX ID NO. : 20-2665382

(617) 542-6000    Fax (617) 542-2241

*Please detach bottom portion and return with payment.*

H. Joseph Hameline, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo
One Financial Center
Boston, MA 02111

Invoice No.: 12047187
Date      : 06/09/2012
**TOTAL DUE :   1,928.45**

Job No.   : 1207-88413
Case No.  : 209CV242DF
"AMBATO MEDIA, LLC, vs. CLARION CO.,

Remit To:   **LegaLink, Inc.**
**PO Box 277951**
**Atlanta, GA 30384**

**RILL CORPORATION**

**ink, Inc.**

101 Arch Street
3rd Floor
Boston MA 02110
Phone: 617/542.0039
Fax: 617/542.2119

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 12047579 | 04/30/2012 | 1208-88414 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 03/27/2012 | TELECO | |

**CASE CAPTION**

"AMBATO MEDIA, LLC, vs. CLARION CO., LTD., ET A

**TERMS**

Immediate, sold FOB Merrill facility

H. Joseph Hameline, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo
One Financial Center
Boston, MA 02111

VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
Anthony Hancox & Jennifer Herve Penhost

| | | | |
|---|---|---|---|
| Set-up & First Hour | | | 200.00 |
| Additional Deposition Hr | 5.00 Hours @ | 80.00/Hour | 400.00 |
| LegaLink Viewer | 5.00 Hours @ | 80.00/Hour | 400.00 |
| Tape Stock - Digital | 3.00 Tapes @ | 35.00/Tape | 105.00 |
| Shipping & Handling | | | 5.00 |

TOTAL   DUE   >>>>          1,110.00

PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA  30384

Thank you for using Merrill Legal Solutions.  We appreciate your business!

TAX ID NO.: 20-2665382                          (617) 542-6000    Fax (617) 542-2241

*Please detach bottom portion and return with payment.*

H. Joseph Hameline, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo
One Financial Center
Boston, MA 02111

Invoice No.:  12047579
Date       :  04/30/2012
TOTAL DUE  :  1,110.00

Job No.    :  1208-88414
Case No.   :
"AMBATO MEDIA, LLC, vs. CLARION CO.,

Remit To:    LegaLink, Inc.
PO Box 277951
Atlanta, GA 30384

101 Arch Street
3rd Floor
Boston, MA 02110
Phone 617 542 0009
Fax 617 542 2119

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 12047860 | 05/22/2012 | 1208-88674 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/27/2012 | TELECO | |

**CASE CAPTION**

"AMBATO MEDIA, LLC, vs. CLARION CO., LTD., ET A

**TERMS**

Immediate, sold FOB Merrill facility

H. Joseph Hameline, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo
One Financial Center
Boston, MA 02111

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
  Timothy Charles Rozum 3C (B) (2)
    Set-up & First Hour                                        200.00
    Additional Deposition Hr    1.00 Hours @    30.00/Hour     240.00
    LegaLink Viewer             4.00 Hours @    30.00/Hour     320.00
    Tape Stock - Digital        2.00 Tapes @    35.00/Tape      70.00
    Shipping & Handling                                          5.00

                            TOTAL   DUE   >>>>                  835.00
```

```
PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA  30384


Thank you for using Merrill Legal Solutions.  We appreciate your business!
```

TAX ID NO.: 20-2665382

(617) 542-6000    Fax (617) 542-2241

*Please detach bottom portion and return with payment*

H. Joseph Hameline, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo
One Financial Center
Boston, MA 02111

```
Invoice No.:  12047860
Date       :  05/22/2012
TOTAL DUE  :     835.00


Job No.    :  1208-88674
Case No.   :
"AMBATO MEDIA, LLC, vs. CLARION CO.,
```

Remit To:    LegaLink, Inc.
             PO Box 277951
             Atlanta, GA 30384

**ERRILL CORPORATION**

**gaLink, Inc.**

179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0099
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12048047 | 06/14/2012 | 1207-88660 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/27/2012 | SUDDRE | 209CV242DF |

| CASE CAPTION |
|---|
| "AMBATO MEDIA, LLC, vs. CLARION CO., LTD., ET A |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Howard N. Wisnia
Mintz Levin Cohn Ferris Glovsky and Popeo P.C.
3580 Carmel Mountain Road
Suite 300
San Diego, CA 92130

```
ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
    Timothy Rozum                                                1,864.75

                                    TOTAL   DUE  >>>>            1,864.75

Thank you for using Merrill Legal Solutions.  We appreciate your business!

Deposition Location:  Overland Park, KS

*Exhibits were copied at the request of Kenneth Nee.
```

TAX ID NO. : 20-2665382                                          (858) 314-1500

*Please detach bottom portion and return with payment.*

Howard N. Wisnia
Mintz Levin Cohn Ferris Glovsky and Popeo P.C.
3580 Carmel Mountain Road
Suite 300
San Diego, CA 92130

Invoice No.:  12048047
Date      :  06/14/2012
**TOTAL DUE** :  1,864.75

Job No.   :  1207-88660
Case No.  :  209CV242DF
"AMBATO MEDIA, LLC, vs. CLARION CO.,

Remit To:    **LegaLink, Inc.**
             **PO Box 277951**
             **Atlanta, GA 30384**

**ERRILL CORPORATION**

gaLink, Inc.

101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617 542.0039
Fax: 617 542 2119

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 12047920 | 05/30/2012 | 1202-88793 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 05/10/2012 | BUDDSH | |

| CASE CAPTION |
|---|
| "AMBATO MEDIA, LLC, vs. CLARION CO., LTD., ET A |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

H. Joseph Hameline, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo
One Financial Center
Boston, MA 02111

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
    William Ryan Michalson, Ph.D
        Set-up & First Hour                                           200.00
        Additional Deposition Hr      3.00 Hours @   80.00/Hour       240.00
        LegaLink Viewer               3.00 Hours @   80.00/Hour       240.00
        Tape Stock - Digital          2.00 Tapes @   35.00/Tape        70.00
        Shipping & Handling                                             5.00

                             TOTAL   DUE   >>>>                        755.00
```

PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA 30384

Thank you for using Merrill Legal Solutions.  We appreciate your business!

TAX ID NO.:  20-2665382                     (617) 542-6000    Fax (617) 542-2241

*Please detach bottom portion and return with payment.*

H. Joseph Hameline, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo
One Financial Center
Boston, MA 02111

```
Invoice No.:  12047920
Date       :  05/30/2012
TOTAL DUE  :      755.00


Job No.    :  1202-88793
Case No.   :
"AMBATO MEDIA, LLC, vs. CLARION CO.,
```

Remit To:  **LegaLink, Inc.**
           **PO Box 277951**
           **Atlanta, GA 30384**

**RILL CORPORATION**

K, Inc.
179 Lincoln Street
Suite 401
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12048021 | 06/09/2012 | 1201-88792 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 05/10/2012 | RUGGJI | 209CV242DF |

| CASE CAPTION |
|---|
| "AMBATO MEDIA, LLC, vs. CLARION CO., LTD., ET A |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Howard N. Wisnia
Mintz Levin Cohn Ferris Glovsky and Popeo P.C.
3580 Carmel Mountain Road
Suite 300
San Diego, CA 92130

---

ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
William Ryan Michalson, Ph.D.                                        864.85

                                        TOTAL  DUE  >>>>            **864.85**

Thank you for using Merrill Legal Solutions.  We appreciate your business!

---

TAX ID NO.: 20-2665382                                        (858) 314-1500

*Please detach bottom portion and return with payment.*

Howard N. Wisnia
Mintz Levin Cohn Ferris Glovsky and Popeo P.C.
3580 Carmel Mountain Road
Suite 300
San Diego, CA 92130

Invoice No.:  12048021
Date        :  06/09/2012
**TOTAL DUE** :      **864.85**


Job No.   :  1201-88792
Case No.  :  209CV242DF
"AMBATO MEDIA, LLC, vs. CLARION CO.,

Remit To:    **LegaLink, Inc.**
             **PO Box 277951**
             **Atlanta, GA 30384**

## MERRILL CORPORATION

**LegaLink, Inc.**

101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12047820 | 05/19/2012 | 1201-88658 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/26/2012 | RUGGJI | |

| CASE CAPTION |
|---|
| "AMBATO MEDIA, LLC, vs. CLARION CO., LTD., ET A |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Howard N. Wisnia
Mintz Levin Cohn Ferris Glovsky and Popeo P.C.
3580 Carmel Mountain Road
Suite 300
San Diego, CA 92130

```
ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
    William Ryan Michalson, Ph.D.        161 Pages @      3.40/Page        547.40
        Unedited ASCII (RT) (A)      140.00 Pages @      1.50/Page        210.00
        TotalTranscript                                                    30.00
        Process/Delivery NL                                                35.00


                                       TOTAL   DUE   >>>>                  822.40

Thank you for using Merrill Legal Solutions.  We appreciate your business!
```

TAX ID NO.: 20-2665382            (858) 314-1500

*Please detach bottom portion and return with payment.*

Howard N. Wisnia
Mintz Levin Cohn Ferris Glovsky and Popeo P.C.
3580 Carmel Mountain Road
Suite 300
San Diego, CA 92130

```
Invoice No.:  12047820
Date      :  05/19/2012
TOTAL DUE :     822.40


Job No.   :  1201-88658
Case No.  :
"AMBATO MEDIA, LLC, vs. CLARION CO.,
```

Remit To:     **LegaLink, Inc.**
              **PO Box 277951**
              **Atlanta, GA 30384**

# STATEMENT

**MERRILL CORPORATION**

Legalink Inc.

Merrill Communications
One Merrill Circle
St. Paul, MN 55108

REMIT TO: LegaLink, Inc.
P.O. Box 277951
Atlanta, GA 30384-7951

HOWARD N. WISNIA
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
3580 CARMEL MOUNTAIN ROAD
SUITE 300
SAN DIEGO   CA      92130

Tuesday, May 22, 2012

| Invoice Number | Invoice Date | Caption | Deponent | Job Date | Balance Due | Days Aged |
|---|---|---|---|---|---|---|
| 12047820 | 05/19/12 | "AMBATO MEDIA, LLC, vs. CLARION CO., LTD., ET AL.," | William Ryan Michalson, Ph.D. | 04/26/12 | 822.40 | 4 |
| | | | | Total : | 822.40 | |

Tax ID No :      20-2665382

Listed above are the invoices open on your account.
In order to provide the finest service to you, please review the invoices listed.  Should you require INVOICE COPIES and/or
PAYMENT VERIFICATION, please email your request to: LLinvcopybos@merrillcorp.com

Remit to:        LegaLink, Inc.
P.O. Box 277951
Atlanta, GA  30384-7951

If you require additional information please contact:

Peter Milton
LegaLink- A Merrill Company
Corporate Collections Administrator
Direct (651) 632-4508
email: peter.milton@merrillcorp.com

**MERRILL CORPORATION**

LegaLink, Inc.

101 Arch Street
3rd Floor
Boston, MA 02110
Phone. 617 542 0039
Fax: 617 542 2119

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 12047843 | 05/21/2012 | 1208-88675 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/24/2012 | TELECO | |

CASE CAPTION

H. Joseph Hameline, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo
One Financial Center
Boston, MA 02111

"AMBATO MEDIA, LLC, vs. CLARION CO., LTD., ET A

TERMS

Immediate, sold FOB Merrill facility

VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
Jon Peckman 30 (B) (6)

| | | | |
|---|---|---|---|
| Set-up & First Hour | | | 200.00 |
| Additional Deposition Hr | 3.50 Hours @ | 80.00/Hour | 280.00 |
| LegaLink Viewer | 4.00 Hours @ | 80.00/Hour | 320.00 |
| Tape Stock - Digital | 2.00 Tapes @ | 35.00/Tape | 70.00 |
| Shipping & Handling | | | 5.00 |

TOTAL  DUE  >>>>        875.00

PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA  30384

Thank you for using Merrill Legal Solutions.  We appreciate your business!

TAX ID NO.: 20-2665382                    (617) 542-6000    Fax (617) 542-2241

*Please detach bottom portion and return with payment.*

H. Joseph Hameline, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo
One Financial Center
Boston, MA 02111

Invoice No.:  12047843
Date      :  05/21/2012
TOTAL DUE  :     875.00

Job No.   :  1208-88675
Case No.  :
"AMBATO MEDIA, LLC, vs. CLARION CO.,

Remit To:    LegaLink, Inc.
             PO Box 277951
             Atlanta, GA 30384

**RRILL CORPORATION**

**aLink, Inc.**

179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12047616 | 06/14/2012 | 1207-88659 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 04/24/2012 | SUDDRE | 209CV242DF |
| **CASE CAPTION** | | |
| "AMBATO MEDIA, LLC, vs. CLARION CO., LTD., ET A | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

H. Joseph Hameline, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo
One Financial Center
Boston, MA 02111

```
ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
  Jon Peckman                                                    1,764.90

                            TOTAL   DUE  >>>>       1,764.90

Thank you for using Merrill Legal Solutions.  We appreciate your business!

Deposition Location: Overland, KS
```

TAX ID NO.: 20-2665382                              (617) 542-6000    Fax (617) 542-2241

*Please detach bottom portion and return with payment.*

H. Joseph Hameline, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo
One Financial Center
Boston, MA 02111

```
Invoice No.:  12047616
Date      :  06/14/2012
TOTAL DUE :   1,764.90


Job No.   :  1207-88659
Case No.  :  209CV242DF
"AMBATO MEDIA, LLC, vs. CLARION CO.,
```

Remit To:    **LegaLink, Inc.**
**PO Box 277951**
**Atlanta, GA 30384**

**ILL CORPORATION**
**ʌ, Inc.**

101 Arch Street
3rd Floor
Boston MA 02110
Phone: 617 542 0039
Fax 617 542 2119

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 12047871 | 05/23/2012 | 1208-88851 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 05/09/2012 | TELECO | |

CASE CAPTION

"AMBATO MEDIA, LLC, vs. CLARION CO., LTD., ET A

TERMS

Immediate, sold FOB Merrill facility

H. Joseph Hameline, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo
One Financial Center
Boston, MA 02111

VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
   Michael Manna 30 (B) (6)

| | | | |
|---|---|---|---|
| Set-up & First Hour | | | 200.00 |
| Additional Deposition Hr | 5.50 Hours @ | 80.00/Hour | 440.00 |
| LegaLink Viewer | 4.00 Hours @ | 80.00/Hour | 320.00 |
| Tape Stock - Digital | 2.00 Tapes @ | 35.00/Tape | 70.00 |
| Shipping & Handling | | | 5.00 |

TOTAL   DUE   >>>>        1,035.00

PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA  30384

Thank you for using Merrill Legal Solutions.  We appreciate your business!

TAX ID NO.: 20-2665382                              (617) 542-6000    Fax (617) 542-2241

*Please detach bottom portion and return with payment.*

H. Joseph Hameline, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo
One Financial Center
Boston, MA 02111

Invoice No.: 12047871
Date        : 05/23/2012
TOTAL DUE   :   1,035.00

Job No.   : 1208-88851
Case No.  :
"AMBATO MEDIA, LLC, vs. CLARION CO.,

Remit To    LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/11/2011
**INVOICE #** 100611-102060

**Bill To:** ~~Ping Hu Esq.~~
~~Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo P.C.~~
~~One Financial Center~~
~~Boston, MA 02111~~

**CASE:** Ambato Media v. Clarion
**DEPOSITION:** Thibadeau, Robert
**DATE:** 10/6/2011
**CITY:** Baltimore
**STATE:** Maryland

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Rhonda Thomas | Jack Sherman | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 245 | $3.25 | $796.25 |
| Rough ASCII | 245 | $1.75 | $428.75 |
| Compressed / ASCII / Word Index | 1 | $45.00 | $45.00 |
| Exhibits - Scanned & Hyperlinked | 172 | $0.30 | $51.60 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,321.60 |
| | | SHIPPING & HANDLING | $30.00 |
| | | TOTAL | $1,351.60 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/31/2012
**INVOICE #** 100611-113271

**Bill To:**   Julie Burns
Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo P.C.
One Financial Center
Boston, MA  02111

**CASE:**    Ambato Media v. Clarion
**WITNESS:**  Robert Thibadeau
**DATE:**    10/6/2011
**LOCATION:**  Baltimore, MD

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified - DVD | 3 | $50.00 | $150.00 |
| | | SUBTOTAL | $150.00 |
| | | SHIPPING & HANDLING | $25.00 |
| | | TOTAL | $175.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 2/29/2012
**INVOICE #** 020912-107559

**Bill To:**

Ping Hu Esq.
Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo P.C.
One Financial Center
Boston, MA 02111

**CASE:** Ambato Media v. Clarion
**WITNESS:** David Touretzky, Ph.D.
**DATE:** 2/9/2012
**LOCATION:** Pittsburgh, PA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 198 | $3.25 | $643.50 |
| Certified Transcript - Evening Pages | 14 | $1.25 | $17.50 |
| Rough ASCII | 198 | $1.50 | $297.00 |
| Compressed / ASCII / Word Index | 1 | $45.00 | $45.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 456 | $0.30 | $136.80 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,139.80 |
| | | SHIPPING & HANDLING | $30.00 |
| | | TOTAL | $1,169.80 |

Please make all checks payable to: **TSG Reporting, Inc.**    **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/30/2012
**INVOICE #** 031312-110178

**Bill To:**  H. Joseph Hameline Esq.
Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo P.C.
One Financial Center
Boston, MA 02111

**CASE:** Ambato Media v. Clarion
**WITNESS:** Hugh Svendsen - Ambato 30b6
**DATE:** 3/13/2012
**LOCATION:** Boston, MA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 257 | $3.25 | $835.25 |
| Rough ASCII | 257 | $1.50 | $385.50 |
| Compressed / ASCII / Word Index | 1 | $45.00 | $45.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 232 | $0.30 | $69.60 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,335.35 |
| | | SHIPPING & HANDLING | $30.00 |
| | | TOTAL | $1,365.35 |

Please make all checks payable to: **TSG Reporting, Inc.**   **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 6/29/2012
**INVOICE #** 020912-114486

**Bill To:**  H. Joseph Hameline Esq.
Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo P.C.
One Financial Center
Boston, MA  02111

**CASE:** Ambato Media v. Clarion
**WITNESS:** Multiple
**DATE:** Multiple
**LOCATION:** Multiple

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Certified - DVD** | | | |
| 02/09/2012 - David Touretzky | 4 | $50.00 | $200.00 |
| 03/13/2012 - Hugh Svendsen | 6 | $50.00 | $300.00 |
| SUBTOTAL | | | $500.00 |
| SHIPPING & HANDLING | | | $25.00 |
| TOTAL | | | $525.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 4/27/2012
**INVOICE #** 040212-300896

**Bill To:**     Noah C. Shaw
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One International Place
Boston, MA  02110

**CASE:**     Ambato Media v. Clarion
**WITNESS:**     Phillip Green, Ph.D.
**DATE:**     4/2/2012
**LOCATION:**     Boston, MA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 111 | $3.25 | $360.75 |
| Rough ASCII | 111 | $1.50 | $166.50 |
| Compressed / ASCII / Word Index | 1 | $45.00 | $45.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 35 | $0.30 | $10.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $582.75 |
| | | SHIPPING & HANDLING | $30.00 |
| | | TOTAL | $612.75 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 4/27/2012
**INVOICE #** 040212-300897

**Bill To:**  Noah C. Shaw
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One International Place
Boston, MA  02110

**CASE:**  Ambato Media v. Clarion
**WITNESS:**  Phillip Green, Ph.D.
**DATE:**  4/2/2012
**LOCATION:**  Boston, MA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified - DVD | 2 | $50.00 | $100.00 |
| | SUBTOTAL | | $100.00 |
| | SHIPPING & HANDLING | | $25.00 |
| | TOTAL | | $125.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/23/2012
**INVOICE #** 050912-301853

**Bill To:**  Noah C. Shaw
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One International Place
Boston, MA  02110

**CASE:**  Ambato Media v. Clarion
**WITNESS:**  Eugene Farrelly
**DATE:**  5/9/2012
**LOCATION:**  Boston, MA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 206 | $3.25 | $669.50 |
| Certified Transcript - 3-5 Day Delivery | 206 | $2.00 | $412.00 |
| Interactive Real-time | 206 | $1.75 | $360.50 |
| Rough ASCII | 206 | $1.50 | $309.00 |
| Compressed / ASCII / Word Index | 1 | $45.00 | $45.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 98 | $0.30 | $29.40 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,825.40 |
| | | SHIPPING & HANDLING | $30.00 |
| | | TOTAL | $1,855.40 |

-412.00
$1,443.40

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/23/2012
**INVOICE #** 050912-301854

**Bill To:**   Noah C. Shaw
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One International Place
Boston, MA  02110

**CASE:**   Ambato Media v. Clarion
**WITNESS:**   Eugene Farrelly
**DATE:**   5/9/2012
**LOCATION:**   Boston, MA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified - DVD | 4 | $50.00 | $200.00 |
| | SUBTOTAL | | $200.00 |
| | SHIPPING & HANDLING | | $25.00 |
| | TOTAL | | $225.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 6/13/2012
**INVOICE #** 053112-302551

**Bill To:**     H. Joseph Hameline Esq.
Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo P.C.
One Financial Center
Boston, MA 02111

**CASE:** Ambato Media v. Clarion
**WITNESS:** Mark A. Sturza
**DATE:** 5/31/2012
**LOCATION:** Los Angeles, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 268 | $3.25 | $871.00 |
| Certified Transcript - Evening Pages | 18 | $1.25 | $22.50 |
| Rough ASCII | 268 | $1.50 | $402.00 |
| Compressed / ASCII / Word Index | 1 | $45.00 | $45.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 750 | $0.30 | $225.00 |
| Exhibits - Scanned & Hyperlinked - Color | 85 | $1.50 | $127.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,693.00 |
| | | SHIPPING & HANDLING | $27.50 |
| | | TOTAL | $1,720.50 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 6/13/2012
**INVOICE #** 053112-302552

**Bill To:**   H. Joseph Hameline Esq.
Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo P.C.
One Financial Center
Boston, MA  02111

**CASE:** Ambato Media v. Clarion
**WITNESS:** Mark A. Sturza
**DATE:** 5/31/2012
**LOCATION:** Los Angeles, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified - DVD | 4 | $50.00 | $200.00 |
| | SUBTOTAL | | $200.00 |
| | SHIPPING & HANDLING | | $27.50 |
| | **TOTAL** | | $227.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 6/27/2012
**INVOICE #** 053112-302879

**Bill To:**　　H. Joseph Hameline Esq.
Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo P.C.
One Financial Center
Boston, MA 02111

**CASE:** Ambato Media v. Clarion
**WITNESS:** Eric Halber
**DATE:** 5/31/2012
**LOCATION:** Raleigh, NC

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 131 | $3.25 | $425.75 |
| Certified Transcript - Daily Delivery | 131 | $3.25 | $425.75 |
| Interactive Real-time | 131 | $1.50 | $196.50 |
| Rough ASCII | 131 | $1.50 | $196.50 |
| Compressed / ASCII / Word Index | 1 | $45.00 | $45.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 68 | $0.30 | $20.40 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | |
|---|---|
| SUBTOTAL | $1,309.90 |
| SHIPPING & HANDLING | $30.00 |
| TOTAL | $1,339.90 |

- 425.75
$ 914.15

Please make all checks payable to: **TSG Reporting, Inc.**　　**Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 6/27/2012
**INVOICE #** 053112-302880

**Bill To:**   H. Joseph Hameline Esq.
Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo P.C.
One Financial Center
Boston, MA  02111

**CASE:**        Ambato Media v. Clarion
**WITNESS:**     Eric Halber
**DATE:**        5/31/2012
**LOCATION:**    Raleigh, NC

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified - DVD | 2 | $50.00 | $100.00 |
| | SUBTOTAL | | $100.00 |
| | SHIPPING & HANDLING | | $25.00 |
| | TOTAL | | $125.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 6/13/2012
**INVOICE #** 060112-302879

**Bill To:**    H. Joseph Hameline Esq.
Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo P.C.
One Financial Center
Boston, MA  02111

**CASE:** Ambato Media v. Clarion
**WITNESS:** Mark A. Sturza cont w/ pg 269
**DATE:** 6/1/2012
**LOCATION:** Los Angeles, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 151 | $3.25 | $490.75 |
| Interactive Real-time | 151 | $1.50 | $226.50 |
| Rough ASCII | 151 | $1.50 | $226.50 |
| Compressed / ASCII / Word Index | 1 | $45.00 | $45.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 652 | $0.30 | $195.60 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,184.35 |
| | | SHIPPING & HANDLING | $30.00 |
| | | TOTAL | $1,214.35 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 6/13/2012
**INVOICE #** 060112-302880

**Bill To:** H. Joseph Hameline Esq.
Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo P.C.
One Financial Center
Boston, MA 02111

**CASE:** Ambato Media v. Clarion
**WITNESS:** Mark A. Sturza cont w/ pg 269
**DATE:** 6/1/2012
**LOCATION:** Los Angeles, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified - DVD | 3 | $50.00 | $150.00 |
| | SUBTOTAL | | $150.00 |
| | SHIPPING & HANDLING | | $25.00 |
| | TOTAL | | $175.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 6/27/2012
**INVOICE #** 060112-302883

**Bill To:**    H. Joseph Hameline Esq.
Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo P.C.
One Financial Center
Boston, MA 02111

**CASE:**       Ambato Media v. Clarion
**WITNESS:**    Gregory Evans
**DATE:**       6/1/2012
**LOCATION:**   Raleigh, NC

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 138 | $3.25 | $448.50 |
| Interactive Real-time | 138 | $1.50 | $207.00 |
| Rough ASCII | 138 | $1.50 | $207.00 |
| Compressed / ASCII / Word Index | 1 | $45.00 | $45.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 122 | $0.30 | $36.60 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $944.10 |
| | | SHIPPING & HANDLING | $15.00 |
| | | TOTAL | $959.10 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 6/27/2012
**INVOICE #** 060112-302884

**Bill To:**     H. Joseph Hameline Esq.
Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo P.C.
One Financial Center
Boston, MA 02111

**CASE:**     Ambato Media v. Clarion
**WITNESS:**     Gregory Evans
**DATE:**     6/1/2012
**LOCATION:**     Raleigh, NC

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified - DVD | 2 | $50.00 | $100.00 |
| | | SUBTOTAL | $100.00 |
| | | SHIPPING & HANDLING | $15.00 |
| | | **TOTAL** | $115.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 6/27/2012
**INVOICE #** 061412-309234

**Bill To:**  H. Joseph Hameline Esq.
Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo P.C.
One Financial Center
Boston, MA  02111

**CASE:** Ambato Media v. Clarion
**WITNESS:** Christopher Horgan
**DATE:** 6/14/2012
**LOCATION:** Boston, MA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 63 | $3.25 | $204.75 |
| Certified Transcript - 3-5 Day Delivery | 63 | $2.00 | $126.00 |
| Interactive Real-time | 63 | $1.75 | $110.25 |
| Rough ASCII | 63 | $1.50 | $94.50 |
| Compressed / ASCII / Word Index | 1 | $45.00 | $45.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 87 | $0.30 | $26.10 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | |
|---|---|
| SUBTOTAL | $606.60 |
| SHIPPING & HANDLING | $30.00 |
| TOTAL | $636.60 |

-126.00
$510.60

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 6/27/2012
**INVOICE #** 061412-309235

**Bill To:** H. Joseph Hameline Esq.
Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo P.C.
One Financial Center
Boston, MA 02111

**CASE:** Ambato Media v. Clarion
**WITNESS:** Christopher Horgan
**DATE:** 6/14/2012
**LOCATION:** Boston, MA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified - DVD | 1 | $50.00 | $50.00 |
| | | SUBTOTAL | $50.00 |
| | | SHIPPING & HANDLING | $25.00 |
| | | TOTAL | $75.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**





230 Congress
Street, 6th Floor
Boston, MA 02110

617-348-9360

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/6/2012 | 1207036 |

| Terms | Due Date |
|-------|----------|
| Due on receipt | 7/6/2012 |

**Bill To**

Mintz, Levin, Cohn, P.C.
Ken Nee
One Financial Center
Boston, MA  02111

**Effective June 17, 2011 we will be moving to:**

**230 Congress Street, 6th Floor
Boston, MA 02110**

**Please forward all remittances to our new address after this date.**

| Project Received | Project # | Client Matter # |
|------------------|-----------|-----------------|
| 7/3/2012 | JUL040 | 35509-003 |

| Case Name | Reference # | Attorney Name |
|-----------|-------------|---------------|
| Ambato v. Clarion | | Ken Nee |

| Description | Qty | Unit Price | Amount |
|-------------|-----|------------|--------|
| Received 7/3/2012 | | | |
| Blowbacks-Including document assembly | 11,694 | 0.11 | 1,286.34T |
| Blowbacks-Color | 3,883 | 0.69 | 2,679.27T |
| ~~Custom Tabs~~ | ~~660~~ | ~~0.50~~ | ~~330.00T~~ |
| Custom Folders | 220 | 1.75 | 385.00T |
| 3-ring binder (3") | 12 | 19.50 | 234.00T |
| Shipping & Handling | 1 | 1,012.02 | 1,012.02 |
| Received 7/10/2012 | | | |
| Blowbacks-Including document assembly | 3,908 | 0.11 | 429.88T |
| ~~Tabs~~ | ~~304~~ | ~~0.35~~ | ~~106.40T~~ |
| 3-ring binder (3") | 4 | 19.50 | 78.00T |

| Thank you for your business. | **Total** |
|---|---|
| Payment is due upon receipt.<br>Late charges may be applied on past due balances. | **Payments/Credits** |
| Tax ID # 26-2053106 | **Balance Due** |



**230 Congress Street, 6th Floor Boston, MA 02110**

617-348-9360

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/6/2012 | 1207036 |

| Bill To |
|---------|
| Mintz, Levin, Cohn, P.C.<br>Ken Nee<br>One Financial Center<br>Boston, MA 02111 |

| Terms | Due Date |
|-------|----------|
| Due on receipt | 7/6/2012 |

**Effective June 17, 2011 we will be moving to:**

**230 Congress Street, 6th Floor Boston, MA 02110**

**Please forward all remittances to our new address after this date.**

| Project Received | Project # | Client Matter # |
|------------------|-----------|-----------------|
| 7/3/2012 | JUL040 | 35509-003 |
| **Case Name** | **Reference #** | **Attorney Name** |
| Ambato v. Clarion | | Ken Nee |

| Description | Qty | Unit Price | Amount |
|-------------|-----|------------|--------|
| Shipping & Handling | 1 | 320.97 | 320.97 |
| Sales Tax | | 6.25% | 345.56 |
| Pay your bills online at:<br>https://www.intuitbillpay.com/keydiscovery | | | |

| | Total | $7,207.44 |
|-------------------------------|-------|-----------|
| Thank you for your business. | | |
| Payment is due upon receipt.<br>Late charges may be applied on past due balances. | **Payments/Credits** | $0.00 |
| Tax ID # 26-2053106 | **Balance Due** | $7,207.44 |

# THOMSON REUTERS EXPERT WITNESS SERVICES

# Invoice

39921 Treasury Center

Chicago, IL 60694-9900

Telephone: 240-751-9016    Tax ID#: 41-1426973
thomson.TREWS-billing@thomsonreuters.com

| INVOICE DATE | | 7/16/2012 |
|---|---|---|
| DUE DATE | PROJECT NUMBER | INVOICE # |
| 8/16/2012 | 12122 | 18809 |

**PROJECT DESCRIPTION**
Sturza, Mark- FM in GPS Navigation Device

Joe Hameline
Mintz, Levin, Cohn
One Financial Center
Boston, MA 0211

| DATE | HOURS | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|
| | | Professional Services of Mark Sturza - June / July 2012 | | |
| 6/14/2012 | 1.2 | Work on declaration. | 350.00 | 420.00 |
| 6/27/2012 | 9.2 | Trial prep meeting. | 350.00 | 3,220.00 |
| 6/28/2012 | 9.3 | Trial prep meeting. | 350.00 | 3,255.00 |
| 7/1/2012 | 1.9 | Trial prep. | 350.00 | 665.00 |
| 7/2/2012 | 2.1 | Trial prep. | 350.00 | 735.00 |
| 7/3/2012 | 2.8 | Trial prep. | 350.00 | 980.00 |
| 7/5/2012 | 1.7 | Trial prep. | 350.00 | 595.00 |
| 7/6/2012 | 7.7 | Trial prep.Travel to Marshall. | 350.00 | 2,695.00 |
| 7/7/2012 | 9.5 | Trial prep. | 350.00 | 3,325.00 |
| 7/8/2012 | 9.5 | Trial prep. | 350.00 | 3,325.00 |
| 7/9/2012 | 12 | Trial and prep. | 350.00 | 4,200.00 |
| 7/10/2012 | 12 | Trial and prep. | 350.00 | 4,200.00 |
| 7/11/2012 | 8 | Trial and prep. | 350.00 | 2,800.00 |
| 7/12/2012 | 9.5 | Return Travel | 350.00 | 3,325.00 |
| | | | | |
| | | Expenses | | |
| 7/6/2012 | | Car to LAX | 60.00 | 60.00 |
| 7/7/2012 | | Airfare (LAX-DFW RT) | 1,716.20 | 1,716.20 |
| 7/13/2012 | | Rental Car (5 days) | 282.41 | 282.41 |
| 7/13/2012 | | Hotel Marshall, TX (5 nights) | 559.35 | 559.35 |
| 7/13/2012 | | Car from LAX | 69.50 | 69.50 |

*AMBATO TECH EXPERT APPROVED EMF 7/8/2012*

| | |
|---|---|
| **Total** | $36,427.16 |

PAYMENT ADDRESS (No correspondence. Make checks payable to Thomson Reuters Expert Witness Services):
-BY US MAIL: 39921 Treasury Center, Chicago, IL 60694-9900
-BY OVERNIGHT: Harris/TREWS, Attn: Remittance Processing Division, 8th floor, Lockbox 39921,
   311 W. Monroe, Chicago, IL 60606
-BY WIRE:  Acct #: 424-471-1; ABA#: 071 000 288; SWIFT Code #: HATRUS44;.

CORRESPONDENCE ADDRESS (No payments): 1455 Research Blvd., 3rd Floor, Rockville, MD 20850



# INVOICE

Robert Thibadeau, Ph.D.
2 Queens Ct
Pittsburgh, PA 15238

DATE: JULY 16, 2012
INVOICE #003

TO  Gene Farrelly
Concert Technology Corporation
7011 Fayetteville Road, Suite 210
Durham, NC 27713
919-433-1845 x 231

COPY  Mintz, Levin, Cohn, Ferris, Glovsky, and
Popeo, P.C.
Attn: Joe Hameline
One Financial Center
Boston, MA 02111

| JOB | PAYMENT TERMS | DUE DATE |
|---|---|---|
| Consulting for Ambato Media, LLC | Net 30 | 8/16/2012 |

| QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| ~~3~~ | ~~Jan-Jul Scheduling (follow on Deposition) and Planning~~ | ~~$484~~ | ~~$1,452~~ |
| ~~10~~ | ~~Jul 8 Trial Preparation~~ | ~~$484~~ | ~~$4,840~~ |
| ~~18~~ | ~~Jul 9-10 Trial and Preparation~~ | ~~$484~~ | ~~$8,712~~ |
| ~~9~~ | ~~Jul 11 Full Day Return (Shreveport/Memphis/SLC/SJC)~~ | ~~$484~~ | ~~$4,356~~ |
| 1/3 | PIT - ATL – SHV , SHV-SJC-PIT  Delta Airfare | $1063.20 | $354.40 |
| 1 | Hertz Car Rental | $154.96 | $154.96 |
| 1 | Gas | $14.53 | $14.53 |
| 1 | Comfort Suites Motel | $284.73 | $284.73 |
| 1 | Food and Groceries | $26 | $26 |
| 4 | Pittsburgh Airport Parking – 4 Days | $8 | $32 |

NOTES: **THIRD COST OF AIRFARE, HOURS INCLUDE EXCESS TRAVEL TIMES FOR SHREVEPORT DESTINATION AND DEPARTURE**

| | |
|---|---|
| SubTotal Time | $19,360 |
| SubTotal Expenses | $866.62 |
| TOTAL | $20,226.62 |

Make all checks payable to Robert Thibadeau.

**Thank you!**

APPROVED
EMF
7/16/2012



THE HERTZ CORPORATION
Phone:      800-654-4173
Fax:         .
Web:        www.hertz.com



Direct All Inquiries To:
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120

REPRINT

Rental Agreement No: 651848352
Invoice Date:        07/11/2012
Document:            992001070079

Renter:              ROBERT THIBADEAU
Account No.:         *************7441 VIS
CDP No.:             226214
CDP Name:            CRYPTOLOGICS INTE INC

ROBERT THIBADEAU
WEKA, LLC
2 QUEENS CT
PITTSBURGH, PA 15238-1520

**RENTAL REFERENCE**
Rental Agreement No: 651848352
Reservation ID:      F5171749426
Frequent Traveler:   ZE1

**RENTAL DETAILS**
Rate Plan:        IN: LEUC     OUT: LEUC
Rented On:        07/08/2012 11:30   LOC# 143711
                  SHREVEPORT, LA
Returned On:      07/11/2012 04:00   LOC# 143711
                  SHREVEPORT, LA
Car Description:        SIR FUSION 2.5S  CK7V444
Veh. No.:              6435523
CAR CLASS Charged: C     MILEAGE   In: 36,983
           Rented:  F             Out: 36,868
         Reserved: C           Driven:    115

**MISCELLANEOUS INFORMATION**
CC AUTH:  08236G  DATE: 2012/07/08  AMT:   355.00

**RENTAL CHARGES**
DAYS              2 @   35.39      70.78
EXTRA DAYS        1 @   70.78      70.78
SUBTOTAL                          141.56
DISCOUNT               10.00%     -14.16
SUBTOTAL                          127.40

CONCESSION FEE RECOVERY            15.29
TAX                    8.60%       12.27


AMOUNT DUE                      154.96 USD


THANK YOU FOR RENTING FROM HERTZ


ALL CHARGES HAVE BEEN BILLED TO YOUR ACCOUNT.


Direct All Inquiries To:
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120
UNITED STATES

AMOUNT BILLED TO ACCOUNT:       154.96 USD

Phone:        800-654-4173
Fax:           .
Web:          www.hertz.com



**Comfort Suites (TX796)**
5204 S. East End Blv
Marshall, TX 75672
(903) 927-1150
gm.TX796@choicehotels.com

Account: 237641727
Date: 7/10/12
Room: 114
Arrival Date: 7/8/12
Departure Date: 7/11/12
Check In Time: 7/8/12 11:51 AM
Check Out Time:
Rewards Program ID: CP-RXT12461
You were checked out by:
You were checked in by: gm.tx796
Total Balance Due: 284.73

THIBADEAU, ROBERT
2 QUEENS CT
PITTSBURGH, PA 15236

| Post Date | Description | Comment | Amount |
|---|---|---|---|
| 7/8/12 | Room Charge | #114 THIBADEAU, ROBERT | 83.99 |
| 7/8/12 | State Tax | | 5.04 |
| 7/8/12 | City / County Tax | | 5.88 |
| 7/9/12 | Room Charge | #114 THIBADEAU, ROBERT | 83.99 |
| 7/9/12 | State Tax | | 5.04 |
| 7/9/12 | City / County Tax | | 5.88 |
| 7/10/12 | Room Charge | #114 THIBADEAU, ROBERT | 83.99 |
| 7/10/12 | State Tax | | 5.04 |
| 7/10/12 | City / County Tax | | 5.88 |

**Folio Summary 7/8/12 - 7/10/12**

| | |
|---|---|
| Room Charge | 251.97 |
| State Tax | 15.12 |
| City / County Tax | 17.64 |
| Balance Due: | 284.73 |

This rate is eligible for partner rewards. If this rate is changed, you may
no longer be entitled to Choice Privileges points.
If payment by credit card, I agree to pay the above total charge amount
according to the card issuer agreement.

X _____

choiceprivileges

Congratulations. You are earning Choice Privileges Points for this stay.



Casto Travel
2560 North First Street, Suite 150
San Jose, CA 95131
Phone: (408) 984-7000 Fax: (408) 984-7007

Monday, 25JUN 2012 04:34 PM EDT
**Passengers: ROBERT H THIBADEAU (610015 00)**

Agency Record Locator: JNUBIX

Click here to view your itinerary or ETicket receipt.

If interested in travel insurance, click here for a quote from Travel Guard.

U.S. & Canada 24-hour emergency service: 1.866.222.1263
International 24-hour emergency service (call collect): 1.408.553.4766
This is your passenger ticket receipt/invoice for this trip.

| AIR | Monday, 2JUL 2012 | | |
|---|---|---|---|
| **Delta Air Lines** | **Flight Number:** 0240 | Class: T-Coach/Economy |
| **From:** (PIT) Pittsburgh PA, USA | **Depart:** 11:29 AM | |
| **To:** (ATL) Atlanta GA, USA | **Arrive:** 01:09 PM | |
| Stops: 0 | Duration: 1 hour(s) 40 minute(s) | |
| Seats: 10F | **Status:** CONFIRMED | Miles: 528 |
| Equipment: Airbus Jet | | |
| ARRIVES ATL SOUTH TERMINAL | | |
| Frequent Flyer Number: DL0313161101 | | |
| **Delta Air Lines Confirmation number is HGNC59** | | |
| Check in on-line to obtain boarding pass: Delta | | |

| CAR | Monday, 2JUL 2012 | | |
|---|---|---|---|
| **Hertz Rent A Car** | **Confirmation Number:** F5174445587GOLD- |
| **Pickup:** Atlanta GA, USA | **Pick up Time:** 01:09 PM |
| **Location:** ATLANTA HARTSFIELD INTL AP Phone 404-530-2925 | |
| **Drop Off:** Atlanta GA, USA | **Return:** Saturday, 7JUL 2012 11:30 AM |
| **Type:** Midsize Car Auto A/C | Rate: USD 61.00 Daily Rate - unlimited free mi |
| Car membership Nbr: ¤XXXXXX8476 | |

Approximate total: USD410.52

| AIR | Saturday, 7JUL 2012 | | |
|---|---|---|---|
| **Delta Air Lines** | **Flight Number:** 5016 | Class: H-Coach/Economy |
| **From:** (ATL) Atlanta GA, USA | **Depart:** 12:38 PM | |
| **To:** (SHV) Shreveport LA, USA | **Arrive:** 01:26 PM | |
| Stops: 0 | Duration: 1 hour(s) 48 minute(s) | |
| Seats: 02A | **Status:** CONFIRMED | Miles: 550 |
| Equipment: CRJ-Canadair Regional Jet | | |
| DEPARTS ATL SOUTH TERMINAL | | |
| Operated By: EXPRESSJET DBA DELTA CONNECTION | | |
| Frequent Flyer Number: DL0313161101 | | |
| **Delta Air Lines Confirmation number is HGNC59** | | |
| Check in on-line to obtain boarding pass: Delta | | |

| CAR | Saturday, 7JUL 2012 | |
|-----|---------------------|---|

**Hertz Rent A Car**
**Pickup:** Shreveport LA, USA
**Location:** SHREVEPORT REGIONAL AIRPORT Phone 318 636-1213
**Drop Off:** Shreveport LA, USA
**Type:** Midsize Car Auto A/C
Car membership Nbr: ¤XXXXXX8476

**Confirmation Number:** F5171749426CNTR-
**Pick up Time:** 01:26 PM
**Return:** Wednesday, 11JUL 2012 06:00 AM
**Rate:** USD 46.00 Daily Rate - unlimited free mi

Approximate total: USD229.98

| AIR | Wednesday, 11JUL 2012 | |
|-----|----------------------|---|

**Delta Air Lines**
**From:** (SHV) Shreveport LA, USA
**To:** (MEM) Memphis TN, USA
Stops: 0
Seats: 02A
Equipment: CRJ-Canadair Regional Jet
Operated By: EXPRESSJET DBA DELTA CONNECTION
Frequent Flyer Number: DL0313161101
**Delta Air Lines Confirmation number is HGNC59**
Check in on-line to obtain boarding pass: Delta

**Flight Number:** 5428
**Depart:** 06:30 AM
**Arrive:** 07:38 AM
Duration: 1 hour(s) 8 minute(s)
Status: CONFIRMED

Class: K-Coach/Economy

Miles: 285

| AIR | Wednesday, 11JUL 2012 | |
|-----|----------------------|---|

**Delta Air Lines**
**From:** (MEM) Memphis TN, USA
**To:** (SLC) Salt Lake City UT, USA
Stops: 0

Equipment: Canadair Regional Jet
ARRIVES SLC TERMINAL UNIT 2
Operated By: SKYWEST DBA DELTA CONNECTION
Frequent Flyer Number: DL0313161101
SEAT ASSIGNED AT AIRPORT ONLY
**Delta Air Lines Confirmation number is HGNC59**
Check in on-line to obtain boarding pass: Delta

**Flight Number:** 4474
**Depart:** 08:15 AM
**Arrive:** 10:30 AM
Duration: 3 hour(s) 15 minute(s)
Status: CONFIRMED
MEAL: REFRSHMNT/PUR

Class: K-Coach/Economy

Miles: 1258

| AIR | Wednesday, 11JUL 2012 | |
|-----|----------------------|---|

**Delta Air Lines**
**From:** (SLC) Salt Lake City UT, USA
**To:** (SJC) San Jose CA, USA
Stops: 0
Seats: 19A
Equipment: Canadair Regional Jet
DEPARTS SLC TERMINAL UNIT 2 - ARRIVES SJC TERMINAL A
Operated By: SKYWEST DBA DELTA CONNECTION
Frequent Flyer Number: DL0313161101
**Delta Air Lines Confirmation number is HGNC59**
Check in on-line to obtain boarding pass: Delta

**Flight Number:** 4513
**Depart:** 11:30 AM
**Arrive:** 12:30 PM
Duration: 2 hour(s) 0 minute(s)
Status: CONFIRMED

Class: K-Coach/Economy

Miles: 584

| CAR | Wednesday, 11JUL 2012 | |
|-----|----------------------|---|

**Hertz Rent A Car**

**Confirmation Number:** F5172346240GOLD-

**Pickup:** San Jose CA, USA  **Pick up Time:** 12:30 PM
**Location:** SAN JOSE INTERNATIONAL AP Phone 408-450-6000
**Drop Off:** San Jose CA, USA  **Return:** Saturday, 14JUL 2012 06:00 AM
**Type:** Midsize Car Auto A/C  **Rate:** USD 56.00 Daily Rate - unlimited free mi
**Car membership Nbr:** ¤XXXXXX8476

Approximate total: USD233.66

| AIR | Saturday, 14JUL 2012 | | |  |

**Delta Air Lines**  **Flight Number:** 1056  Class: T-Coach/Economy
**From:** (SJC) San Jose CA, USA  **Depart:** 06:30 AM
**To:** (MSP) Minneapolis St Pl MN, USA  **Arrive:** 12:10 PM
Stops: 0  Duration: 3 hour(s) 40 minute(s)
Seats: 15E  Status: CONFIRMED  Miles: 1573
Equipment: McDonnell Douglas MD-90 Jet  MEAL: FOOD FOR PURCHASE
DEPARTS SJC TERMINAL A - ARRIVES MSP TERMINAL 1 - LINDBERGH
Frequent Flyer Number: DL0313161101
**Delta Air Lines Confirmation number is HGNC59**
Check in on-line to obtain boarding pass: Delta

| AIR | Saturday, 14JUL 2012 | | | |

**Delta Air Lines**  **Flight Number:** 1257  Class: T-Coach/Economy
**From:** (MSP) Minneapolis St Pl MN, USA  **Depart:** 03:04 PM
**To:** (PIT) Pittsburgh PA, USA  **Arrive:** 05:59 PM
Stops: 0  Duration: 1 hour(s) 55 minute(s)
Seats: 16A  Status: CONFIRMED  Miles: 725
Equipment: McDonnell Douglas MD-90 Jet  MEAL: REFRSHMNT/PUR
DEPARTS MSP TERMINAL 1 - LINDBERGH
Frequent Flyer Number: DL0313161101
**Delta Air Lines Confirmation number is HGNC59**
Check in on-line to obtain boarding pass: Delta

| OTHER | Thursday, 10JAN 2013 | | | |

THANK YOU FOR CHOOSING CASTO TRAVEL

** AIRLINE RULES AND RESTRICTIONS **
TICKETS ARE NON REFUNDABLE. ALL CHANGES
OR CANCELLATIONS MUST BE MADE PRIOR TO FLIGHT
CHANGES CAN BE MADE FOR A FEE OF 150.00USD PLUS ANY FARE DIFFERENCE

**Ticket/Invoice Information**

Passenger Name: ROBERT H THIBADEAU
Ticket Number:  DL7071218352  Electronic Tkt:  Yes
         Base:  929.61
         Tax:  133.59
         Total:  1063.20
          Exchange Ticket: 0061960493375  Orig ticket issued: 25JUN12

         Total Tickets: 1063.20
         Total Amount:  1063.20

To view the Airlines responsibilities, please review this form on our website.



## Concert/Sambin Expenses

REPORT PERIOD: 15-Aug-12

| LINE # | DATE | VENDOR | DESCRIPTION OF ITEM | SUBSIDIARY | FOR/WITH | COST CENTER | TYPE | ACCOUNT | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 8/6/12 | American Airlines | Change Fee | Antares Media - TV | Hugh Svendsen | Administrative | Litigation | Domestic Travel | $ |
| 2 | 8/6/12 | American Airlines | Change Fee - Reduction | Antares Media - TV | Hugh Svendsen | Administrative | | Domestic Travel | $ |
| 3 | 8/6/12 | American Airlines | Change Fee - Taxes/Air Enh. Charges | Antares Media - TV | Hugh Svendsen | Administrative | | Domestic Travel | $ |
| 4 | | | | Antares Media - TV | Hugh Svendsen | | | Meals & Entertainment | $ |
| 5 | 7/3/12 | Chili's | Dinner | Antares Media - TV | Hugh Svendsen | Licensing | | Meals & Entertainment | $ |
| 6 | 7/3/12 | Marriott | Hotel | Antares Media - TV | Hugh Svendsen | Licensing | | Domestic Travel | $ |
| 7 | | R&B Bakery | Breakfast: Hugh, Gene, Joe, Howell | Antares Media - TV | Hugh Svendsen | Licensing | | Meals & Entertainment | $ |
| 8 | | R&B Bakery | Breakfast: Hugh, Gene, Joe, Howell | Antares Media - TV | Hugh Svendsen | Licensing | | Meals & Entertainment | $ |
| 9 | | Kroger | Snacks | Antares Media - TV | Hugh Svendsen | Licensing | | Meals & Entertainment | $ |
| 10 | | Jefferson Taxi | Taxi | Antares Media - TV | Hugh Svendsen | Licensing | | Domestic Travel | $ |
| 11 | | | Dinner: Hugh, Gene, Joe, Howell | Antares Media - TV | Hugh Svendsen | Administrative | | Meals & Entertainment | $ |
| 12 | | | Dinner: Hugh, Gene, Joe, Howell | Antares Media - TV | Hugh Svendsen | Administrative | | Meals & Entertainment | $ |
| 13 | | | Staff | Antares Media - TV | Hugh Svendsen | Administrative | | Meals & Entertainment | $ |
| 14 | | | Meal | Antares Media - TV | Hugh Svendsen | Administrative | | Meals & Entertainment | $ |
| 15 | | Marriott Truck Stop | Gas | Antares Media - TV | Hugh Svendsen | Administrative | | Domestic Travel | $ |
| 16 | | Gas Station | Gas | Antares Media - TV | Hugh Svendsen | Administrative | | Domestic Travel | $ |
| 17 | | | Dinner | Antares Media - TV | Hugh Svendsen | | | Meals & Entertainment | $ |
| 18 | | | Dinner: Hugh, Gene, Joe, Howell | Antares Media - TV | Hugh Svendsen | | | Meals & Entertainment | $ |
| 19 | | | Parking | Antares Media - TV | Hugh Svendsen | | | Domestic Travel | $ |
| 20 | | | Dinner | Antares Media - TV | Hugh Svendsen | | | Meals & Entertainment | $ |
| 21 | | | Coffee Meeting | Antares Media - TV | Hugh Svendsen | | | Meals & Entertainment | $ |
| 22 | | Gas Station | Gas | Antares Media - TV | Hugh Svendsen | | | Domestic Travel | $ |
| 23 | | | Lunch | Antares Media - TV | Hugh Svendsen | | | Meals & Entertainment | $ |
| 24 | | | Gas | Antares Media - TV | Hugh Svendsen | | | Domestic Travel | $ |
| 25 | | Hertz | Rental Car | Antares Media - TV | Hugh Svendsen | | | Domestic Travel | $ |
| 26 | | | Misc. Business | Antares Media - TV | Hugh Svendsen | | | Other Outside Services | $ |
| 27 | | | Lunch: Marshall | Antares Media - TV | Hugh Svendsen | Litigation | | Meals & Entertainment | $ |
| 28 | | | Rental Car: Marshall, TX | Antares Media - TV | Hugh Svendsen | R&D | Litigation | Domestic Travel | $ |
| 29 | | Hertz | Rental Car | Antares Media - TV | Hugh Svendsen | Licensing | Litigation | Domestic Travel | 815.60 |
| 30 | | Holiday Inn Express | Room Charges | Antares Media - TV | Hugh Svendsen | Licensing | Litigation | Domestic Travel | 77.27 |
| 31 | | Holiday Inn Express | Room Charges | Antares Media - TV | Hugh Svendsen | Licensing | Litigation | Domestic Travel | 437.01 |
| 32 | | Holiday Inn Express | Room Charges | Antares Media - TV | Hugh Svendsen | Licensing | Litigation | Domestic Travel | $ |
| 33 | | | Dinner: Marshall | Antares Media - TV | Hugh Svendsen | Licensing | Litigation | Meals & Entertainment | $ |
| 34 | | Gas Station | Gas | Antares Media - TV | Hugh Svendsen | Licensing | | Domestic Travel | $ |
| 35 | | RDU Airport | Parking | Antares Media - TV | Hugh Svendsen | Licensing | Litigation | Domestic Travel | 150.00 |
| 36 | | Enterprise | Rental Car | Antares Media - TV | Hugh Svendsen | Licensing | | Domestic Travel | $ |
| 37 | | Texaco | Gas | Antares Media - TV | Hugh Svendsen | Licensing | | Domestic Travel | $ |
| 38 | | Gas Station | Gas | Antares Media - TV | Hugh Svendsen | Licensing | | Domestic Travel | $ |
| | | | | | | | | TOTAL REIMBURSEMENT DUE | $ 5,000.37 |

# American Airlines - home page

Thank you for making your reservation on AA.com!

Please Note: This is **not** your receipt. You may print your itinerary & Receipt directly from AA.com once the status is updated from "Purchased" to "Ticketed".

## Flight Information

### Raleigh/ Durham to Dallas/ Fort Worth

2 Adults
Sunday July 1, 2012 – Tuesday July 3, 2012

| Record Locator | Reservation Name | Your Trip Cost: |
|---|---|---|
| **CEJUZD** | **RDU/DFW** | **$2,019.20 USD** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reprint your reservation. | Status: Purchased on Jun 01, 2012 | |

| Flight | Depart | Arrive | |
|---|---|---|---|
| **AMERICAN AIRLINES** | Raleigh/ Durham (RDU) | Dallas/ Fort Worth (DFW) | Average Fare |
| **1181** | JUN 1, 2012 11:45 AM | JUL 1, 2012 01:42 PM | $898.00 |
| | Travel Time: 2 h 55 m | | Adult |
| | Cabin Class: Economy | | 2 × $898.00 |
| | Seat: 12B / 12C | Plane Type: S80 | |
| | | Booking Code: S | |

| | | | AAdvantage® Benefits | |
|---|---|---|---|---|
| | | | Preferred Seats | $0.00 |
| | | | Priority AAccess℠ | $0.00 |
| | | | Same-Day Standby | $0.00 |

| Flight | Depart | Arrive | |
|---|---|---|---|
| **AMERICAN AIRLINES** | Dallas/ Fort Worth (DFW) | Raleigh/ Durham (RDU) | Average Fare |
| **1788** | JUL 3, 2012 11:20 AM | JUL 3, 2012 03:02 PM | |
| | Travel Time: 2 h 42 m | | Taxes & Fees |
| | Cabin Class: Economy | | Adult |
| | Seat: 13B / 13C | Plane Type: S80 | 2 × $121.60 |
| | | Booking Code: H | |

| | Flight Subtotal |
|---|---|
| | **$2,019.20** |

### Contact Information

Email:
HUGHSVENDSEN@INC.RR.COM

**Notification Summary**
- Send 4 hours prior to departure
- Incoming Baggage Claim
- Connecting Flight Departure Status
- Gate changes

**Notification Status**
- ○ Enabled
- ○ Disabled

Notify a Friend

Save time at the airport! Add your Travel information below to check-in online

---

**HUGH SVENDSEN**

| Required | Optional |
|---|---|
| **Summary** | |
| All information required for online check-in has been provided. | Frequent Flyer Number |
| Online check-in will be available 24 hours prior to your departure. | Trip Contact Number |

○ Secure Flight Information

○ No Further Information required to travel

**EUGENE FARRELLY**

| Required | Optional |
|---|---|
| **Summary** | |
| All information required for online check-in has been provided. | |
| Online check-in will be available 24 hours prior to your departure. | ○ Se... |

○ No Further Information required to travel

### Insurance Offer Declined

It's not too late! Trip Insurance from Allianz Global cancel or interrupt your trip due to medical or other insurance of a team more. visit www.aa.com/sign

Dallas/Fort Worth City Information »
Travel Map and Resources »

ORIGINAL AIRFARE
618 EMF-CC    # 1,009.60

FEE REDUCTION OF #90
FOR CHANGE FROM 7/3
RETURN TO 7/14 RETURN

#1,009.60
$ -90.00 →
#919.60

Begin forwarded message:

From: "American Airlines@aa.com" <notify@aa.globalnotifications.com>
Subject: E-Ticket Confirmation-LUADNC
Date: July 15, 2012 8:07:56 PM EDT
To: "HUGHSVENDSEN@NC.RR.COM" <HUGHSVENDSEN@NC.RR.COM>

 **American Airlines**
AA.com

**eTicket Itinerary & Receipt Confirmation**

Reservations | Award Booking | My Account | Fare Sales & Offers

Date of issue: 15JUL12

Eugene Farrelly:

Thank you for choosing American Airlines / American Eagle, a member of the oneworld® Alliance. Below are your itinerary and receipt for the ticket(s) purchased. Please print and retain this document for use throughout your trip.

**Record Locator: LUADNC**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport. Check-in options may be found at www.aa.com/options. For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo. For faster check-in at the airport, scan the barcode at any AA Self-Service machine.

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

Book a hotel          Book a car          Buy trip insurance

Record Locator: LUADNC

Budget Save up to 30% plus earn AAdvantage® miles»

AVIS Save up to 35% plus earn AAdvantage® miles»

Earn miles on this trip Enroll Now

NEW FULLY LIE-FLAT SEATS. In international Business. Learn More

Wi-Fi IN-FLIGHT Learn More

**Receipt**

| PASSENGER | TICKET NUMBER | FARE USD | TAXES AND CARRIER-IMPOSED FEES | TICKET TOTAL |
|---|---|---|---|---|
| HUGH SVENDSEN | 0012369813229-30 | 944.18 | 117.82 | 1062.00 |
| EUGENE FARRELLY | 0012369813234-35 | 944.18 | 117.82 | 1062.00 |
| HUGH SVENDSEN - Additional Fare Collection 143.80 | | | | |
| EUGENE FARRELLY - Additional Fare Collection 143.80 | | | | |

| ADDITIONAL SERVICES | DATE | CURRENCY | AMOUNT |
|---|---|---|---|
| Ticket Change | 15 JUL 12 | USD | 300.00 |

Payment Type: Exchange, Master Card XXXXXXXXXXXX2221

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanying documents as a matter of reference.

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrefundable fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you must check-in at the airport, please visit www.aa.com/acceptancetimes.

**(AA CARRY-ON BAGGAGE)**

American Airlines does not impose Carry-On bag fees however, restrictions do apply. To view carry-on baggage restrictions for American Airlines or American Eagle, please visit, Carry-On luggage. Passengers who originate flights on other than American Airlines/American Eagle and need to determine applicable carry-on fees or restrictions specific to other air carriers in your itinerary, please visit INTERLINE PARTNER BAG CHARGES.

**(AA CHECKED BAGGAGE CHARGES)**

*Handwritten notes (right side):*

CHANGED AIRFARE TO RETURN 7/13.

DIFFERENCE BETWEEN AIRFARE    $143.80

CHANGE FEE    $150.00



7/18 EHF_CC
143.80
160.00      ③
293.80

$143.80
$150.00
$293.80  / per passenger

  


07-13-12

| **Hugh Svendsen** **DESCRIPTION** | Folio No. | : | **52967** | Room No. : | **329** |
|---|---|---|---|---|---|
| | A/R Number | : | | Arrival : | **07-06-12** |
| | Group Code | : | | Departure : | **07-13-12** |
| | Company | : | **Mintz Levin Lawfirm** | Conf. No. : | **67456035** |
| | Membership No. | : | | Rate Code : | **ILCORMGI** |
| | Invoice No. | : | | Page No. : | **1 of 2** |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 07-01-12 | *Accommodation | Svendsen Hugh #329=>Svendsen Hugh #9005 | 109.00 | |
| 07-01-12 | State Occupancy Tax | Svendsen Hugh #329=>Svendsen Hugh #9005 | 6.54 | |
| 07-01-12 | City Occupancy Tax | Svendsen Hugh #329=>Svendsen Hugh #9005 | 7.63 | |
| 07-02-12 | *Accommodation | Svendsen Hugh #329=>Svendsen Hugh #9005 | 109.00 | |
| 07-02-12 | State Occupancy Tax | Svendsen Hugh #329=>Svendsen Hugh #9005 | 6.54 | |
| 07-02-12 | City Occupancy Tax | Svendsen Hugh #329=>Svendsen Hugh #9005 | 7.63 | |
| 07-03-12 | *Accommodation | Svendsen Hugh #329=>Svendsen Hugh #9005 | 109.00 | |
| 07-03-12 | State Occupancy Tax | Svendsen Hugh #329=>Svendsen Hugh #9005 | 6.54 | |
| 07-03-12 | City Occupancy Tax | Svendsen Hugh #329=>Svendsen Hugh #9005 | 7.63 | |
| 07-04-12 | *Accommodation | Svendsen Hugh #329=>Svendsen Hugh #9005 | 109.00 | |
| 07-04-12 | State Occupancy Tax | Svendsen Hugh #329=>Svendsen Hugh #9005 | 6.54 | |
| 07-04-12 | City Occupancy Tax | Svendsen Hugh #329=>Svendsen Hugh #9005 | 7.63 | |
| 07-05-12 | *Accommodation | Svendsen Hugh #329=>Svendsen Hugh #9005 | 109.00 | |
| 07-05-12 | State Occupancy Tax | Svendsen Hugh #329=>Svendsen Hugh #9005 | 6.54 | |
| 07-05-12 | City Occupancy Tax | Svendsen Hugh #329=>Svendsen Hugh #9005 | 7.63 | |
| 07-06-12 | MasterCard | Svendsen Hugh #329=>Svendsen Hugh #9005 XXXXXXXXXXXX2221 | | 615.85 |
| 07-06-12 | *Accommodation | | 99.00 | |
| 07-06-12 | State Occupancy Tax | | 5.94 | |
| 07-06-12 | City Occupancy Tax | | 6.93 | |
| 07-07-12 | *Accommodation | | 99.00 | |
| 07-07-12 | State Occupancy Tax | | 5.94 | |
| 07-07-12 | City Occupancy Tax | | 6.93 | |
| 07-08-12 | *Accommodation | | 114.00 | |
| 07-08-12 | State Occupancy Tax | | 6.84 | |
| 07-08-12 | City Occupancy Tax | | 7.98 | |





| **Hugh Svendsen** **DESCRIPTION** | Folio No. | : | **52967** | Room No. : | **329** |
|---|---|---|---|---|---|
| | A/R Number | : | | Arrival : | **07-06-12** |
| | Group Code | : | | Departure : | **07-13-12** |
| | Company | : | **Mintz Levin Lawfirm** | Conf. No. : | **67456035** |
| | Membership No. | : | | Rate Code : | **ILCORMGI** |
| | Invoice No. | : | | Page No. : | **2 of 2** |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 07-09-12 | *Accommodation | | 119.00 | |
| 07-09-12 | State Occupancy Tax | | 7.14 | |
| 07-09-12 | City Occupancy Tax | | 8.33 | |
| 07-10-12 | MasterCard | XXXXXXXXXXXX2221 | | 487.03 |
| 07-10-12 | *Accommodation | | 104.00 | |
| 07-10-12 | State Occupancy Tax | | 6.24 | |
| 07-10-12 | City Occupancy Tax | | 7.28 | |
| 07-11-12 | *Accommodation | | 104.00 | |
| 07-11-12 | State Occupancy Tax | | 6.24 | |
| 07-11-12 | City Occupancy Tax | | 7.28 | |
| 07-12-12 | *Accommodation | | 99.00 | |
| 07-12-12 | State Occupancy Tax | | 5.94 | |
| 07-12-12 | City Occupancy Tax | | 6.93 | |
| 07-13-12 | MasterCard | XXXXXXXXXXXX2221 | | 346.91 |
| | | **Total** | **1,449.79** | **1,449.79** |
| | | **Balance** | **0.00** | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.



Holiday Inn Express Marshall
500 I-20 East
Marshall, TX 75670
Telephone: (903) 934 9700 Fax: (903) 934 9702

100 E End BLVD N
Marshall TX 75670

East Texas Fuels 209, 08308239
100 E End BLVD N
Marshall, TX

07/13/2012 09:09:12 AM 290786400

XXXXXXXXXXXX2221 MASTERCARD
INVOICE E/3928618
AUTH 072342

PUMP# 5
UNLEAD REG                    8.871G
PRICE/GAL                     3.299

FUEL TOTAL      $ 29.27

                    -------
          Subtotal = $ 29.27
              Tax = $  0.00
                    ---------
             Total = $ 29.27

CREDIT                    $ 29.27
Learn how to
EARN REWARDS
with a Chevron
or Texaco
Credit Card
See application
for details

Diesel fuel contains up to %5 Biodiesel
  State diesel tax $0.19 per gallong



*** REPRINT *** REPRINT *** REPRINT ***
            Dfw Mart
       2344 Rental Car Drive
        Euless, Tx 75261
SHELL                , 91002621764
2344 EAST RENTAL CAR DR
DALLAS       , TX
75261

07/13/2012 12:28:00 PM 768592246

XXXX XXXX XXXX 2221 MASTERCARD
INVOICE 986117
AUTH 09474Z

PUMP# 5
REGULAR        6.973G
PRICE/GAL                     3.699

FUEL TOTAL                 $ 25.79

                    --------
          Subtotal = $ 25.79
              Tax = $  0.00
*** REPRINT *** REPRINT *** REPRINT ***
                    --------
             Total = $ 25.79

CREDIT                     $ 25.79
*** REPRINT *** REPRINT *** REPRINT ***

Save 10cents/gal instantly at Shell when
  you earn 100 points at Kroger.

Pick up a brochure at your local Shell
       for more details.

Phone  972-574-2195

